UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | CASE NO.  1:06CR534 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| Clarence Moore ) | |
| Defendant. ) | |
| ) | |

    Defendant, Clarence Moore was indicted in the above case on November 14, 2006. Prior to indictment, Defendant appeared before Magistrate Judge Hemann after an arrest on a criminal complaint.  Magistrate Hemann referred Defendant for a psychological examination pursuant to 18 U.S.C. § 4241 and 4242.  A psychological report was submitted to the Court on October 16, 2006 and placed under-seal.  Magistrate Hemann filed a report and recommendation recommending the Court find that Defendant is suffering from a mental disease or defect rendering him incompetent, at this time, to assist properly in his own defense and to commit Defendant to the custody of the Attorney General.

    After review of the Magistrate Judge's report and recommendation, the psychological examination report, and concurrence by counsel, the Court hereby adopts in full the report and recommendation of Magistrate Judge Hemann and finds by preponderance of the evidence that Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

(1:06CR534 )

Pursuant to 18 U.S.C. § 4241 (d) Defendant is committed to the custody of the Attorney General to be hospitalized for treatment in a suitable facility for a reasonable amount of time not to exceed 4 months to determine whether there is a substantial probability that in the foreseeable future Defendant will be able to stand trial or for an additional period of time until Defendant's mental condition has improved.

IT IS SO ORDERED.

| | |
|---|---|
| November 29, 2006 | /s/ John R. Adams |
| Date | John R. Adams |
| | U.S. District Judge |